■ Show Car Speed Shop, Inc., et al., Plaintiffs, v United States Fidelity and Guaranty Company, Respondent, and John Becker, Individually and Doing Business as Becker-McLean Company, Appellant. (Appeal No. 2.) [596 NYS2d 742] — Order reversed on the law without costs, motion denied, cross claims reinstated and cross motion granted. Same Memorandum as in *Show Car Speed Shop v United States Fid. & Guar. Co.* (192 AD2d 1063 [decided herewith]). All concur except Balio and Fallon, JJ., who dissent and vote to affirm in the same dissenting Memorandum as in *Show Car Speed Shop v United States Fid. & Guar. Co.* (192 AD2d 1063, 1065 [decided herewith]). (Appeal from Order of Supreme Court, Seneca County, Falvey, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.